UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CARLOS BARREDO, | : | |
| | : | |
| Plaintiff, | : | 3:18-cv-836-DJH |
| | : | |
| vs. | : | |
| | : | **NOTICE OF REMOVAL** |
| BENJAMIN B. CLIFTON AND MARTEN TRANSPORT LIMITED, | : | |
| | : | |
| Defendants. | : | |
| | : | |

Come now Defendants Benjamin B. Clifton and Marten Transport Limited, by and through counsel, and pursuant to 28 U.S.C. 1332, 1441, and 1446, give notice of removal of this action from the Bullitt Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, and in support thereof, state as follows:

**REMOVAL IS TIMELY**

1. On November 27, 2018, Plaintiff Carlos Barredo commenced a civil action against Defendants Benjamin B. Clifton and Marten Transport Limited in the Circuit Court for Bullitt County, Kentucky, under Civil Action No. 18-CI-01191 and captioned as *Carlos Barredo v. Benjamin B. Clifton, et al.* A true and accurate copy of the complaint is attached as **Exhibit A**.

2. Marten Transport Limited was served, via certified mail, with the summons and complaint on December 1, 2018.

3. Benjamin B. Clifton was notified of the lawsuit on December 5, 2018, but has not been served with the summons and complaint.

4. This notice of removal is filed with this Court within 30 days of the case becoming removable and within one year of the commencement of the state court action. Therefore, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(d), upon filing this notice of removal, Defendants will file a notice of filing of notice of removal in the Bullitt Circuit Court. A true and accurate copy of the notice of filing of notice of removal is attached as **Exhibit B**.

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

6. Upon information and belief, Plaintiff Carlos Barredo is a citizen of the Commonwealth of Kentucky.

7. Defendant Marten Transport Limited is a corporation organized under the laws of the State of Wisconsin and maintains its principal place of business in Wisconsin. Therefore, Defendant Marten Transport Limited is a citizen of the State of Wisconsin.

8. Defendant Benjamin B. Clifton is a citizen of the State of Georgia.

9. Complete diversity of citizenship exists because the plaintiff and the defendants are citizens of different states.

## AMOUNT IN CONTROVERSY REQUIREMENT SATISFIED

10. According to the complaint, Plaintiff alleges that he sustained personal injuries in a rear-end motor vehicle collision between Plaintiff's vehicle and the tractor-trailer that Defendant Benjamin B. Clifton was driving for Defendant Marten Transport Limited on Interstate 65 on October 31, 2017.

11. Plaintiff alleges that Defendants' tractor-trailer struck the rear of Plaintiff's vehicle at "approximately 30-70 MPH." (Complaint at ¶ 1).

13315105_1

12. Plaintiff alleges that, because of the accident, he "suffered bodily injuries, physical and mental and emotional pain and incurred medical expenses." (Complaint at ¶ 2). Plaintiff alleges that his physical injuries "include, but are not limited to extreme cervical and lumbar strain, hyper-extension/flexion injury, and lumbar disc injury confirmed by MRI. Activities of daily living are affected and future complications are highly probable." (Complaint at ¶ 2).

13. Plaintiff also alleges that he "suffered moderate to severe property damage." (Complaint at ¶ 3).

14. Plaintiff seeks to recover compensatory damages for past and future medical expenses, past and future pain and suffering, future medical complications, property damage and loss of use of a motor vehicle. (Complaint at *Ad damnum*).

15. If Plaintiff proves all of his damages, Plaintiff's damages could exceed $75,000 exclusive of interest, costs, expenses, and attorneys' fees.

16. Therefore, the amount in controversy in the state court action exceeds $75,000.

## THIS COURT HAS DIVERSITY JURISDICTION

17. Based on the above, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that the complaint presents a case where the amount in controversy exceeds $75,000 and the controversy exists between citizens of different states.

18. Defendants Marten Transport Limited and Benjamin B. Clifton unanimously consent to removal of this action.

19. A copy of the state court case docket and all process and pleadings which have been filed and received in the state court action, including the complaint attached as **Exhibit A,** are attached hereto as **Exhibit C**.

20.   Defendants will promptly file this Notice of Removal with the Clerk of Court for Bullitt County, Kentucky Circuit Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Marten Transport Limited and Benjamin B. Clifton, by and through counsel, prays that this Court accept this Notice of Removal and that this Court assume jurisdiction over this action and for all further relief proper in this action.

Respectfully submitted,

*/s/ Chad M. Sizemore*
Chad M. Sizemore (KBA 92752)
ROETZEL & ANDRESS, LPA
250 East Fifth Street, Suite 310
Cincinnati, OH  45202
Telephone:  513.361.0200
Facsimile:  513.361.0335
Email:    csizemore@ralaw.com
*Attorney for Defendants Benjamin B. Clifton and Marten Transport, Ltd.*

## CERTIFICATE OF SERVICE

On this December 18, 2018, I certify that I served a true and accurate copy of the foregoing Notice of Removal, by regular U.S. Mail, upon:

Jeffrey A. Sexton, Esq.
John W. Byrnes, Esq.
325 W. Main Street, Suite 150
Louisville, KY 40202
Attorneys for Plaintiff

*/s/ Chad M. Sizemore*
CHAD M. SIZEMORE