Filed Case 3:18-cv-00836-DJH-LLK   Document 1-1   Filed 12/18/18   Page 1 of 3 PageID #: 5
Filed            18-CI-01191     11/27/2018        Paulita Keith, Bullitt Circuit Clerk

                                                                    ORIGINAL DOCUMENT
                                                                    12/05/2018 09:17:45 AM
                                                                    95181-1

*ELECTRONICALLY FILED*

NO.                                                           BULLITT CIRCUIT COURT
                                                              DIVISION_____

CARLOS BARREDO                                                PLAINTIFF
506 E. Brightwood Place
Louisville, KY 40207

v.

BENJAMIN B. CLIFTON                                           DEFENDANT
1936 Buford Ct
Conyers, GA 30094

      **SERVE:**    **BENJAMIN B. CLIFTON**
                      **1936 BUFORD CT**
                      **CONYERS, GA 30094**

**MARTEN TRANSPORT LIMITED**
**129 Marten Street**
**Mondovi, WI 54755**

      **SERVE:**    ATTN: Service of Process Agent
                      **MARTEN TRANSPORT LIMITED**
                      **MONDOVI, WI 54755**

## COMPLAINT AND PRAYER FOR JURY TRIAL

Comes the Plaintiff, CARLOS BARREDO, by his attorneys, Pirata PSC d/b/a Jeffrey A. Sexton and John W. Byrnes, and for his Complaint herein states as follows:

1.    On or about October 31, 2017, at or about 6:00 a.m., Plaintiff Carlos Barredo was lawfully stopped in traffic on Interstate 65 due to an accident at the end of the ramp from I-65 to state Highway 480 when Defendant Clifton failed to stop his Marten Freightliner semi-truck and struck the very middle of the rear end of Plaintiff's car while traveling approximately 30-70 MPH.

2. As a result, Plaintiff suffered bodily injuries, physical and mental and emotional pain and incurred medical expenses. Bodily, physical injuries of Plaintiff include, but are not limited to extreme cervical and lumbar strain, hyper-extension/flexion injury, and lumbar disc injury confirmed by MRI. Activities of daily living are affected and future complications are highly probable.

3. Plaintiff's vehicle suffered moderate to severe property damage.

4. At all times material and relevant to this action, Defendant Clifton resided at 1936 Buford Court, Conyers, Georgia 30094, and he was employed as a truck driver by Defendant Marten. By driving the Marten truck in Shepherdsville, Bullitt County, Kentucky he availed himself of the jurisdiction of this Court.

5. At all times material and relevant to this action, Defendant Marten Transport Limited (principal place of business of 129 Marten Street, Mondovi, Wisconsin 54755) was a trucking company doing business in the Commonwealth of Kentucky on its highways and byways and as thereby availed itself of the jurisdiction of this Court.

6. At all times material and relevant to this action, Defendant Clifton was an agent, employee and representative of Defendant Marten and he was acting at all times within the scope of his employment.

7. This Court is a court of general jurisdiction and it has original jurisdiction on all justiciable causes not exclusively vested in some other Court pursuant to KRS 23A.010. Since this cause is not vested in another court, subject matter jurisdiction is proper.

8.  This is a civil case with an amount in controversy exceeding five thousand dollars ($5,000.00). Therefore, jurisdiction is proper in this Court. KRS 24A.120.

WHEREFORE, Plaintiff respectfully demands as follows:

a.  For trial by jury on all issues which may be so tried; and

b.  For judgment against the Defendants in an amount that will fairly and adequately compensate the Plaintiff for his damages sustained including not limited to property damage; future medical complications; loss of use of motor vehicle; past and future pain and suffering; past and future medical expenses; and,

d.  For their costs herein expended, including reasonable attorneys' fees; and

e.  For any and all other relief, which in equity and good conscience, should be afforded him.

/s/ Jeffrey A. Sexton _____

JEFFREY A. SEXTON
JOHN W. BYRNES
Attorneys for Plaintiff
325 West Main Street, #150
Louisville, Kentucky 40202
(502) 893-3784 Voice
(800) 524-3139 Fax