UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CARLOS BARREDO,   Plaintiff,

v.   Civil Action No. 3:18-cv-836-DJH-LLK

BENJAMIN B. CLIFTON and MARTEN
TRANSPORT LIMITED,   Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 13)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.  All dates and deadlines set in this matter are **VACATED**.  All pending motions are **DENIED** as moot.

February 25, 2019

**David J. Hale, Judge**
**United States District Court**